[No. 73037-1-I.   Division One.   November 2, 2015.]

*In the Matter of the Estate of* LOLA ELIZABETH MOONEY.

JAMES CHARLES HOWARD, *Appellant*, v. ELIZABETH ANN COVEY, *Respondent.*

[No. 73636-1-I.   Division One.   November 2, 2015.]

JAMES SWAIN, *Appellant*, v. SUREWAY, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 10-2-06011-7, Gerald T. Costello, J., entered June 13, 2014. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Schindler and Lau, JJ.

[No. 73638-8-I.   Division One.   November 2, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JORGE RENE PEREZ BARROSO ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-01482-5, John A. McCarthy, J., entered February 21, 2014. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Appelwick, JJ.